YONKERS-GARDEN CITY REALTY COMPANY, Appellant, *v.* JACKSON BROTHERS REALTY COMPANY, Respondent.

Reported below, 161 App. Div. 886.
(Submitted May 4, 1914; decided May 12, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 5, 1914, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to have canceled of record a certain mortgage and for an accounting.

The motion was made upon the ground that the exceptions were frivolous.

*John H. Corwin* for motion.

*John T. Delaney* opposed.

Motion denied, with ten dollars costs.